IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

S.L.F., A CHILD,

      Appellant,

  v.

STATE OF FLORIDA,

      Appellee.
_____/

Case No.  5D22-22
LT Case No. 2021-CJ-001391-A-O

Decision filed May 17, 2022

Appeal from the Circuit Court
for Orange County,
Mike Murphy, Judge.

Matthew J. Metz, Public Defender,
and Victoria R. Cordero, Assistant
Public Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Nora Hutchinson
Hall, Assistant Attorney General,
Daytona Beach, for Appellee.


PER CURIAM.

    AFFIRMED.



LAMBERT, C.J., WALLIS and HARRIS, JJ., concur.